jtw/usao2013R0041

MAR 2 0 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

ENTERED
____ LOGGED  ____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. WDQ-13-0133 |
| | * | |
| v. | * | (Hobbs Act Conspiracy, 18 U.S.C. § |
| | * | 1951(a); Hobbs Act Robbery, 18 U.S.C. |
| MICHAEL GWALTNEY, | * | § 1951(a);  Possession of Firearms in |
| EDWARD LEE, and | * | Furtherance of a Crime of Violence, 18 |
| DEVAN MARTIN, | * | U.S.C. § 924(c); Possession of Firearms |
| Defendants | * | by a Convicted Felon, 18 U.S.C. § |
| | * | 922(g); Aiding and Abetting, 18 U.S.C. § |
| | * | 2) |
| | * | |
| | * | |

...o0o...

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about December 1, 2012, in the District of Maryland, the defendants,

**MICHAEL GWALTNEY,**
**EDWARD LEE, and**
**DEVAN MARTIN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of an article and commodity in commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by the unlawful taking of the proceeds of Divas and Delights Hair Salon from the person and presence of the victims.

18 U.S.C. § 1951(a)

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

On or about December 1, 2012, in the District of Maryland, the defendants,

**MICHAEL GWALTNEY,**
**EDWARD LEE, and**
**DEVAN MARTIN,**

did obstruct, delay, and affect and attempt to obstruct, delay and affect commerce and the movement of an article and commodity in commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by the unlawful taking of the proceeds of Divas and Delights Hair Salon from the person and presence of the victims.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## **COUNT THREE**

The Grand Jury for the District of Maryland further charges:

On or about December 1, 2012, in the District of Maryland, the defendants,

**MICHAEL GWALTNEY,**
**EDWARD LEE, and**
**DEVAN MARTIN,**

did knowingly, intentionally and unlawfully possess firearms, to wit: a Walther, P99, 9mm semi-automatic handgun, serial number 006913; and a Taurus, .38 caliber revolver, serial number LG83908, in furtherance of a crime of violence, to wit, conspiracy to violate the Hobbs Act as set forth in Count One of the Indictment, and Hobbs Act robbery as set forth in Count Two of the Indictment, both for which they may be prosecuted in a court of the United States.

18 U.S.C. §924(c)
18 U.S.C. §2

3

## COUNT FOUR

The Grand Jury for the District of Maryland further charges:

On or about December 1, 2012, in the District of Maryland, the defendants,

**MICHAEL GWALTNEY,
EDWARD LEE, and
DEVAN MARTIN,**

each having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess firearms, to wit: a Walther, P99, 9mm semi-automatic handgun, serial number 006913; and a Taurus, .38 caliber revolver, serial number LG83908, in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendants' convictions under the Indictment.

2. As a result of the offenses alleged in Counts One through Four of this Indictment, the defendants,

**MICHAEL GWALTNEY,**
**EDWARD LEE, and**
**DEVAN MARTIN,**

shall forfeit to the United States the firearms identified in Counts Three and Four of this Indictment and involved in the offenses in Counts One through Four of this Indictment.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

3/20/2013
Date

5